# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL L. ANDERSON, ADC #130293                                    PETITIONER

v.                              NO. 5:14cv00341 JLH/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 23rd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE